# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1242**  September Term, 2014

FCC-14-202

Filed On: February 20, 2015 [1538519]

CBS Corporation, et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

National Association of Broadcasters, et al.,
       Intervenors

    **BEFORE:**    Circuit Judges Tatel, Srinivasan, and Wilkins

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on February 20, 2015 at 10:08 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Robert A. Long, counsel for Petitioners.

    David M. Gossett (FCC), counsel for Respondents.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                BY:    /s/
                         Shana E. Thurman
                         Deputy Clerk